420 F.2d 376
 CHICAGO INSURANCE COMPANY, Plaintiff-Appellee,
v.
Robert E. CAMORS et al., Defendants, and
St. Paul Fire and Marine Insurance Company, Defendant-Appellant.
 No. 28165.
 United States Court of Appeals Fifth Circuit.
 February 2, 1970.
 
 Appeal from the United States District Court for the Northern District of Georgia at Atlanta; Newell Edenfield, Judge.
 Hugh E. Wright, Hansell, Post, Brandon & Dorsey, Atlanta, Ga., for appellant.
 Edward S. White, Lynn Downey, Donald M. Fain, M. Ken. Doss, Nall, Miller, Cadenhead & Dennis, Atlanta, Ga., for appellee.
 Before JONES, BELL, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The district court rendered a comprehensive opinion in disposing of this matter. The judgment appealed from is affirmed on that opinion. Chicago Insurance Company v. Camors, N.D.Ga., 1969, 296 F.Supp. 1335.
 
 
 2
 Affirmed.